IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

 *Petitioner*,

v.              Case No.: 1:23cv161-MW/ZCB

**STATE OF FLORIDA,**

 *Respondent*.

_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended habeas petition, ECF No. 7, is **DISMISSED without prejudice**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on February 2, 2024.**

              **s/Mark E. Walker     **
              **Chief United States District Judge**